IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH RAY MARSHALL
PETITIONER

VS.                     CASE NO. 5:08CV00173 SWW

LARRY NORRIS, Director,
Arkansas Department of Correction
RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.   There have been no objections.   After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 26th day of September, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE