IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH RAY MARSHALL                                                             PETITIONER

VS.                           CASE NO. 5:08CV00173 SWW

LARRY NORRIS, Director,
Arkansas Department of Correction                                                RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice.

The relief prayed for is denied.

SO ADJUDGED this 26th day of September, 2008.

                                                  /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE